

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: September 24, 2018

To: The Honorable Judge Robert J. Conrad Jr.
United States District Court Judge



From: Valerie Debnam
United States Probation Officer

Subject: Robert Earl Dorsey Jr.
Docket No.: 0419/3:11CR256-03
Out-of-Country Travel

---

Mr. Dorsey appeared before Your Honor on December 10, 2013, for Conspiracy to Distribute and to Possess with Intent to Distribute at least 100 kg of Marijuana and Conspiracy to Commit Money Laundering. Mr. Dorsey was sentenced to forty-eight (48) months imprisonment on Counts 1 & 2 each count to run concurrently with three (3) years supervised release, each count to run concurrently on Counts 1 & 2. Supervised release began on March 13, 2016, in the Central District of California.

Mr. Dorsey has submitted a request to travel to Playa De Carmen, Mexico, for the purpose of attending a family member's wedding. Mr. Dorsey will leave on October 26, 2018 and return on October 29, 2018.

Mr. Dorsey has maintained a stable residence and employment since he has been under supervision. According to his supervising officer in the Central District of California, there have been no known incidents of noncompliance.

It is recommended that Mr. Dorsey be allowed to travel to Playa De Carmen, Mexico as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at 704-350-6656.

The Court Orders:

( x ) Permission to Travel Approved

( ) Permission to Travel Denied Signed: September 24, 2018

( ) Other

 *Robert J. Conrad, Jr.*
_____ United States District Judge
Date Signature of Judicial Official